**Order filed December 10, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00360-CR
_____

### ANTHONY D. ALFORD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1386895**

## ORDER

The State filed a motion to seal or strike appellant's brief because it disclosed the name of a child victim of family violence under the age of 17. *See* Tex. Code Crim. Proc. Art. 57B.02(h). On November 19, 2015, the motion to strike was granted and appellant was ordered to file a brief that did not contain the name of a child victim of family violence under the age of 17 within 10 days.

No response has been filed. Accordingly, we enter the following order.

Appellant's counsel, Hattie Sewell Shannon, is ordered to file an amended brief that does not contain the name of a child victim of family violence under the age of 17 on or before **December 21, 2015**. If Hattie Sewell Shannon does not timely file the brief as ordered, the appeal will be abated for a hearing in the trial court to determine the reason for the failure to file the amended brief. *See* Tex. R. App. P. 38.8(b)(2).


PER CURIAM